JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
CENOBIO HUMBERTO HERRERA, SR.,    ) NO. CV 11-6196-RSWL (MAN)
                                  )
           Petitioner,            )
                                  )
     v.                           ) JUDGMENT
                                  )
LINDA SANDERS, BOP,               )
                                  )
           Respondent.            )
_____)
```

    Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 9, 2011

                                                RONALD S.W. LEW
                                               HONORABLE RONALD S.W. LEW
                                               Senior, U.S. District Court Judge